UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:10-CR-00057-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THOMAS LYNN JONES, | ) | |
| Defendant | ) | |

This matter is before the court on the United States' Motion to Dismiss Without Prejudice. The motion represents that defendant does not object to the motion. For the reasons set forth in the motion, it is hereby GRANTED, and the Indictment in the above-referenced case is hereby DISMISSED without prejudice. Defendant's 2 June 2011 motion to dismiss is DENIED as moot.

This 19 August 2011.

_____
W. Earl Britt
Senior U.S. District Judge